1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANNETTE JONCZYK, on behalf of herself and others similarly situated, | CASE NO. SACV 13-00959 JLS (AGRx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| FIRST NATIONAL CAPITAL CORPORATION, a California corporation; and KEITH DUGGAN, an individual, | Complaint Filed: June 25, 2013 |
| Defendants. | |

JUDGMENT

On January 22, 2014, the Court entered its Order granting the Motion to Dismiss brought by Defendants First National Capital Corporation and Keith Duggan (collectively, "Defendants). In the Order, the Court dismissed Plaintiff's claims in their entirety and gave Plaintiff 21 days to file an amended complaint. Plaintiff did not file an amended complaint within the time period set forth in the Order. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendants and against Plaintiff on all claims;

2. Plaintiff's Complaint is dismissed with prejudice;

3. Defendants, as the prevailing parties, are awarded their costs pursuant to Federal Rules of Civil Procedure 54(d) and Local Rules 54-1 and 54-2.

Dated:   March 5, 2014

JOSEPHINE L. STATON
Honorable Josephine L. Staton
U.S. District Court Judge

-1-
JUDGMENT